COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:  Ex parte Matthew Leachman

Appellate case number: 01-16-00787-CR

Trial court case number: 1522187

Trial court:     248th District Court of Harris County

   This Court's December 19, 2017 Second Order of Continuing Abatement had continued to abate this case and ordered the State to respond to appellant's Motion to Reinstate Appeal, which it did on January 2, 2018. The Clerk of this Court's December 19, 2017 notice requested that the district clerk file two of appellant's pleadings. On January 4, 2018, the district clerk confirmed mailing the hearing record to the appellant.

   On February 9, 2018, the district clerk filed a compliant supplemental clerk's record with findings of fact, conclusions of law and order, which was signed by the trial court on February 8, 2018. The trial court found that, among other things, the State does not intend to dismiss trial court cause number 1520247. On February 12, 2018, the district clerk filed a letter in this Court stating that it had mailed this supplemental clerk's record to the pro se appellant. To date, the two appellant's pleadings requested by the Clerk of this Court's December 19, 2017 notice have not been filed.

   Accordingly, we **grant** appellant's Motion to Reinstate, **REINSTATE** this case on this Court's active docket, and **grant**, in part, appellant's Motion to Supplement the Record. The district clerk is **ORDERED** to file appellant's "Supplemental Memorandum of Law and Argument in Pretrial Habeas Corpus," filed on August 14, 2017, **within 10 days** of the date of this Order.

   After reviewing the records, the Court determines that it does desire briefing and, thus, appellant's brief is **ORDERED** to be filed no later than **20 days** from the date of this Order. *See* TEX. R. APP. P. 2, 31.1. The State's brief, if any, is **ORDERED** to be filed no later than **20 days** from the filing of appellant's brief.

   It is so **ORDERED**.

Judge's signature: /s/ Laura C. Higley _____

       ☑ Acting individually  ☐ Acting for the Court

Date: February 15, 2018 _____